

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2015

No. 04-14-00878-CR

Matthew Douglas **HAYES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10841W
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

     The appellant's brief was originally due to be filed on January 21, 201. On January 21, 2015, appellant's attorney filed a motion for extension of time to file the brief. Although the clerk of this court can administratively grant a first motion for extension of time for up to thirty days, appellant's attorney requests a sixty-day extension. The motion is GRANTED; however, given the length of the extension granted, **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by March 20, 2015.

_____
Jason Pulliam, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2015.

_____
Keith E. Hottle
Clerk of Court